JAMES A. TROWBRIDGE, JR., et al., as Surviving Trustees, Respondents, *v.* JAMES A. TROWBRIDGE, JR., et al., as Surviving Executors of JENNIE N. TROWBRIDGE, Deceased, et al., Defendants; FIRST-STAMFORD NATIONAL BANK AND TRUST CO., OF STAMFORD, CONNECTICUT, as Administrator of the Estate of GARDINER TROWBRIDGE, Deceased, et al., Respondents, and KATHARINE D. TROWBRIDGE, Appellant.

JAMES A. TROWBRIDGE, JR., et al., as Surviving Trustees, Respondents, *v.* FIRST-STAMFORD NATIONAL BANK AND TRUST CO., OF STAMFORD, CONNECTICUT, as Administrator of the Estate of GARDINER TROWBRIDGE, Deceased, et al., Respondents; KATHARINE D. TROWBRIDGE, Appellant, et al., Defendants.

Argued April 9, 1945; decided May 17, 1945.

*John F. Dooling, Jr.,* and *Marjorie J. Conklin* for appellant.

*Albert B. Maginnes* and *William E. Jackson, Jr.,* for James A. Trowbridge and another, as surviving trustees, plaintiffs, respondents.

*Joseph Sawyer* and *Charles E. Murphy,* as guardian ad litem for Peter Trowbridge, an infant, defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.